# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

**VIA ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**   5/23/2024
> The action is hereby STAYED until June 27, 2024.

Re:   <u>Yanilza Gonzalez v. C K Collection, Inc. - Case No. 1:23-cv-08177-VSB</u>

To the Honorable Judge Vernon S. Broderick,

      Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated April 1, 2024 (Docket No. 12).  The parties have a settlement in principle but have yet to memorialize the agreement.  Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from May 27, 2024 to June 27, 2024.  This is the first request for this relief and is on consent of both parties.

      The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*