## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

**VIA ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** _[signature]_
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/27/2024
>
> Extension is granted until July 11, 2024.

Re:   **Yanilza Gonzalez v. C K Collection, Inc. - Case No. 1:23-cv-08177-VSB**

To the Honorable Judge Vernon S. Broderick,

     Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated May 23, 2024 (Docket No. 14). The parties have a settlement in principle, but the Defendant has yet to memorialize the agreement. Counsel for the Defendant assures Plaintiff that execution should take place within the next two (2) weeks. Plaintiff respectfully requests a two (2) week extension of time of the conditional dismissal and the opportunity to reopen the case should the Defendant fail to execute the agreement after this final extension. Plaintiff respectfully requests a two (2) week extension of time of the conditional dismissal order from June 27, 2024 to July 11, 2024. This is the second request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

_/s/ Noor A. Saab, Esq._
*Attorney for Plaintiff*