UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YANILZA GONZALEZ, on behalf of herself       Case No. 1:23-cv-08177-VSB
and all others similarly situated,

                       Plaintiff           **NOTICE OF VOLUNTARY**
                                **DISMISSAL WITH PREJUDICE**
            -against-           **WITHOUT COSTS**

C K COLLECTION, INC.

                       Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
         July 11, 2024

                                                       Respectfully Submitted,

                                                         */s/ Noor A. Saab*
                                                         *Attorney for Plaintiff*
                                                         **The Law Office of Noor A. Saab**
                                                         380 North Broadway, Penthouse West
                                                         Jericho, New York 11753
                                                         Tel: 718-740-5060
                                                         Email: NoorASaabLaw@Gmail.com

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**

7/15/2024
The previously-issued stay of this action is hereby TERMINATED and the case is hereby DISMISSED with prejudice.

1